ORIGINAL

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# FILED

### SEP 0 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

United States of America,

           Plaintiff,

   v.

Nicole Bermudez,

           Defendant.

NO. CR 10-0123 JW

**SPECIAL VERDICT RE:
FORFEITURE**

WE, THE JURY, in the above entitled case find by the preponderance of the evidence that Defendant Nicole Bermudez's interest in the following property is subjected to forfeiture to the United States:

*[Answer each row. Check "NO" for not to be forfeited. Check "Yes" to be forfeited.]*

| Property | Jury Finding |
|---|---|
| $801,000, or any remaining funds wire transfer to Community First Bank, Seneca, SC | ___ NO, WE DO NOT <br> ✓ YES, WE DO |
| $600,000, or any remaining funds wire transfer to CNM Renovators | ___ NO, WE DO NOT <br> ✓ YES, WE DO |

United States District Court

For the Northern District of California

| | |
|---|---|
| $12,503, purchase of cashier's check #30035099 | ____ NO, WE DO NOT |
| | ✓ YES, WE DO |
| $20,000, purchase of cashier's check #30035109 | ____ NO, WE DO NOT |
| | ✓ YES, WE DO |
| $26,440.11, purchase of cashier's check #30035363 | ____ NO, WE DO NOT |
| | ✓ YES, WE DO |
| $26,440.11, purchase of cashier's check #30035365 | ____ NO, WE DO NOT |
| | ✓ YES, WE DO |
| $26,440.11, purchase of cashier's check #30035364 | ____ NO, WE DO NOT |
| | ✓ YES, WE DO |

*[COMPLETION OF THE VERDICT FORM:  After you have all agreed to the answers contained on this Verdict Form, the Presiding Juror is instructed to indicate your decision on this Verdict Form.  The Presiding Juror is instructed to date and sign this form and send out a **note** that the jury has reached a verdict.  The Presiding Juror is instructed to place the completed Verdict Form in the special folder provided to you and to bring it into the Courtroom.]*

DATED:    9/2/10

Signature of Presiding Juror

Susan P. Lueck

Print Name of Presiding Juror

2